## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Gregory R. Russell,

        Plaintiff,                    Civil No. 07-4202 (RHK/RLE)

vs.

                                          **ORDER**

Michael J. Astrue, Commissioner of
Social Security,

        Defendant.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  October 11, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge